**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KELLY A. SHURE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:16-CV-650-RWS |
| GS ROCKLEDGE, LLC, et al., : | |
| : | |
| Defendants. : | |

## ORDER

This matter is before the Court on Defendants' Motion to Compel [Doc. No. 50], which is GRANTED in part and DENIED in part.

Dr. James Chappuis and Spine Center Atlanta are ORDERED to produce the following records within fourteen days of the service of this order:

(1) All documents created by Spine Center Atlanta or its affiliates pertaining to patient Kelly Shure prior to May 26, 2015 (including intake and referral forms, correspondence with the patient or the referring attorney, any website forms filled in by the patient, etc.); and

(2) Digital radiology scans which can be opened and viewed by a radiologist for the calendar years 2015 and 2016, including copies of

AO 72A
(Rev.8/8
2)

all scans which Defendants produced back to Spine Center Atlanta at their request.

Defendants are ORDERED to serve a copy of this order on Dr. Chappuis and Spine Center Atlanta as soon as possible.  Defendants are ORDERED to file a status report with the Court within fourteen days of production or lack thereof.

Defendants have asked for fees pursuant to Federal Rule of Civil Procedure 37(a).  The Court finds that an attorneys' fee award is not appropriate at this time.  However, if the required records are not produced, the Court will revisit the issue upon motion by Defendants.

**SO ORDERED**, this 4th day of October, 2017.

_____
**RICHARD W. STORY**
United States District Judge