IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLY A. SHURE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:16-CV-650-RWS |
| GS ROCKLEDGE, LLC, et al., | : |
| Defendants. | : |

## ORDER

This matter is before the Court on Defendants' Supplemental Motion to Compel [Doc. No. 59].

The parties have an ongoing discovery dispute regarding the production of Spine Center Atlanta's file for Plaintiff Kelly Shure. Defendants have made a showing that the business interests of Spine Center Atlanta, especially when it provides treatment pursuant to a Letter of Protection, are significantly different from those of a typical insurance-based or walk-in medical treatment provider. In fact, it appears that Dr. Chappuis and Spine Center Atlanta may act as *de facto* investors in this lawsuit with a financial incentive to maximize Plaintiff's recovery via settlement or trial. However, none of the communications which this clinic keeps apart from "the patient's clinical record" have been produced.

AO 72A
(Rev.8/82)

Reports from a plaintiff's lawyer to his client's doctor on the progress of the case and the case's value would raise significant questions of bias, intent, and motive, which would be relevant and admissible to cross-examine Dr. Chappuis. Defendants are entitled to discover the extent of Dr. Chappuis and Spine Center Atlanta's communications with Plaintiff's counsel, as well as any documents they may have separated from Plaintiff's clinical file in an effort to hide them from discovery. Specifically, Defendants are entitled to disclosure of: (1) all communications with any member of Plaintiff's legal team, and (2) all marketing materials distributed to Plaintiff's counsel in the Atlanta Metro area within the last three years.

Defendants' Supplemental Motion to Compel [Doc. No. 59] is GRANTED. Dr. Chappuis and Spine Center Atlanta are ORDERED to produce the required documents within fourteen days of this order. Discovery ends on February 28, 2018 [Doc. No. 64]. The Court hereby extends the discovery period through March 31, 2018, to allow Defendants time to review the production and determine whether any additional discovery is needed.

**SO ORDERED**, this 22nd day of February, 2018.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A (Rev.8/82)